U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED-SHREVEPORT

MAY 21 2013

TONY R. M_____
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ROBERT WYATT                           CIVIL ACTION NO. 11-cv-0905

VERSUS                                 JUDGE WALTER

DAVID WADE CORRECTIONAL                MAGISTRATE JUDGE HORNSBY
CENTER, ET AL

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss (Doc. 12)** is granted and that Plaintiff's complaint is **dismissed with prejudice** for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___20___ day of ___May___, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE